

T (516) 280-3008
F (212) 656-1845
www.BellLG.com

November 15, 2016

**Via ECF**
Hon. Gregory H. Woods
United States District Judge
United Stated District Court
Southern District of New York
500 Pearl st.
New York, New York 10007

      **Velasquez v. Uptown Roasters, LLC, d/b/a Uptown Roasters
      135 East 110th Street, 16-CV-06256 (GHW)**

Dear Judge Woods:

      This firm represents Defendant Uptown Roasters, LLC, a New York limited liability company, d/b/a Uptown Roasters Cafe in the above referenced action. We respectfully request an adjournment of the conference currently scheduled for November 22, 2016. This extension request is necessary because the parties are actively engaged in settlement discussions and need more time to further investigate the allegations in the Complaint. Currently, the parties have availability the afternoon of December 29 and December 30, 2016.

      The undersigned also further requests an extension of time to move or to respond to the Complaint currently scheduled for December 5, 2016, until after the adjourned conference date. Plaintiff's counsel consents to these requests.

      Thank you for your kind consideration of this request.

Respectfully submitted,

Bell Law Group, PLLC


_____/s/_____
Andrea E. Batres, Esq.

Main Office
100 Quentin Roosevelt Boulevard, Suite 208
Garden City, NY 11530

5 Penn Plaza, 23rd Floor
New York, NY 10001

1629 K Street, NW, Suite 300
Washington, DC 20006

1200 Brickell Ave, Suite 1440
Miami, FL 33131