UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO VELASQUEZ, | : CASE NO: 1:16-cv-06256-GHW |
| Plaintiff, | : |
| vs. | : |
| UPTOWN ROASTERS, LLC, a New York limited liability company, d/b/a UPTOWN ROASTERS CAFE, and 135 EAST 110TH STREET LLC, a New York limited liability company, | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

COME NOW, Plaintiff, RICARDO VELASQUEZ, and Defendants, UPTOWN ROASTERS, LLC, a New York limited liability company, d/b/a UPTOWN ROASTERS CAFE, and 135 EAST 110TH STREET LLC, a New York limited liability company, by and through their respective undersigned counsel, and hereby notify this Honorable Court that settlement has been reached in the above styled civil action between the aforementioned parties, which shall result in the dismissal of all defendants and the entire case. The settlement agreement is in the process of being drafted, and said parties shall file a Stipulation of Dismissal With Prejudice thereafter. Therefore, it is hereby respectfully requested that the Initial Pretrial Conference scheduled for Tuesday, February 14, 2017, be canceled accordingly.

Dated: February 12, 2017

| | |
|---|---|
| THE WEITZ LAW FIRM, P.A. | LAW OFFICE OF JONATHAN BELL |
| By: /S/ B. Bradley Weitz | By: /S/ Andrea Batres |
| B. Bradley Weitz, Esq. | Andrea Batres, Esq. |
| Bank of America Building | 100 Quentin Roosevelt Blvd., Ste 208 |
| 18305 Biscayne Blvd., Suite 214 | Garden City, NY 11530 |
| Aventura, Florida 33160 | Telephone: (516)-280-3008 |
| Telephone: (305) 949-7777 | Facsimile: (516) 656-1845 |
| Facsimile: (305) 704-3877 | Email: ab@belllg.com |
| Email: bbw@weitzfirm.com | *Attorney for Defendant,* |
| *Attorney for Plaintiff* | *UPTOWN ROASTERS, LLC* |

DAVID B. PETSHAFT, P.C.
By: /S/ Christopher Richard Skrypack
Christopher Richard Skrypack, Esq.
222 Bloomingdale Rd.
White Plains, NY 10605
Telephone: (914)-597-7917
Facsimile: (914)-597-7987
Email: crs@dbplaw.com
*Attorney for Defendant,*
*135 EAST 110TH STREET LLC*
